UNITED STATES DISTRICT COURT

FOR THE EASTERN DISRICT OF Kentucky

SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor,<br><br>   Plaintiff,<br><br>v.<br><br>MANALAPAN MINING CO., INC.;<br>LEFT FORK MINING CO., INC.;<br>BENJAMIN BENNETT; GEORGE BENNETT; and<br>DAVID PARTIN<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)  **C O M P L A I N T**<br>)  **(Injunctive Relief Sought)**<br>)<br>) |

  Plaintiff brings this action pursuant to § 108 of the Act, 30 U.S.C. § 818, to have Defendants enjoined from violating the provisions of § 103, 104 and 108 of the Federal Mine Safety and Health Act of 1977, as amended, 30 U.S.C. § 801, et seq., hereinafter the Act.

I

  This Court has jurisdiction over this action pursuant to §108 of the Act and Rule 65 of the Federal Rules of Civil Procedure.

II

  Defendant, Manalapan Mining Company, Inc. at all times hereinafter mentioned, has been a corporation having a place of business and doing business in Pathfork, Harlan County, Kentucky.

III

  Defendant, Left Fork Mining Company, Inc., a subsidiary of Manalapan Mining Company, Inc., at all times hereinafter mentioned, has been a corporation having a place of business and doing business in Arjay, Bell County, Kentucky.

IV

Defendant, Benjamin Bennett is President of Manalapan Mining Company, Inc. and Principal Officer in Left Fork Mining Company, Inc.

V

Defendant George Bennett is Principal officer in charge of health and safety for Left Fork Mining Company, Inc. and Vice President of Manalapan Mining Company Inc.

VI

Defendant David Partin is mine superintendent of Manalapan Mining Company Inc RB Number Twelve mine.

VII

At all times hereinafter mentioned:

Defendants acting in concert operated coal mines, the products of which enter commerce, or the operations or products of which affect commerce, and as such are subject to the provisions of the Federal Mine Safety and Health Act as amended. 30    U.S.C. § 803.

VIII

In April 2010, Defendants violated the provisions of §§ 108(a) and 108(b) of the Act, 29 U.S.C. §§ 218(a) and 218(b), by violating an order issued pursuant to the Act and interfered with, hindered or delayed an inspection conducted under the Act by permitting notice of an inspection to be communicated from the surface operations of the mines to persons working underground.

IX

Defendant David Partin violated section 818 of the Act by attempting to interfere with or hinder an inspection performed under Act.  Mr. Partin displayed hostility in his actions both at the mine and on the telephone with MSHA officials in relation to an ongoing inspection conducted under the Act

2

X

WHEREFORE, cause having been shown, Plaintiff prays for Judgment pursuant to § 108 of the Act, 20 U.S.C. § 818, permanently enjoining Defendants, their agents, servants, employees, contractors, subcontractors, and all persons in active concert or participation with them from violating the provisions of §§ 108 of the Act, 29 U.S.C. § 818, and for such other relief as may be available.

        Respectfully submitted,

        M. PATRICIA SMITH
        Solicitor of Labor

        STANLEY E. KEEN
        Regional Solicitor

POST OFFICE ADDRESS:        THERESA BALL
        Associate Regional Solicitor

Office of the Solicitor
U. S. Department of Labor
618 Church Street        /s/  Mary Sue Taylor
Suite 230        MARY SUE TAYLOR
Nashville, Tennessee 37215-2862        Attorney

Phone:  (615) 781-5330 ext. 225        U. S. Department of Labor
Fax: (615) 781-5321        Attorneys for the Secretary
E-mail: nash.fedcourt@dol.gov
      Taylor.Mary@dol.gov