UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>  Plaintiff<br>v.<br><br>MANALAPAN MINING CO., INC.;<br>LEFT FORK MINING CO., INC.;<br>BENJAMIN BENNETT; GEORGE BENNETT;<br>and DAVID PARTIN,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. : 6:10-CV-00115-GFVT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ACCEPT MEMORANDUM RE INJUNCTIVE RELIEF TO COMPEL FUTURE COMPLIANCE

The Secretary of Labor, by counsel, moves for acceptance of this Memorandum in Support of the Motion for Preliminary Injunction relating to the issue of injunctive relief compelling future compliance.

                                                Respectfully submitted,

                                                M. PATRICIA SMITH
                                                Solicitor of Labor

| | |
|---|---|
| POST OFFICE ADDRESS:<br>Office of the Solicitor<br>U. S. Department of Labor<br>618 Church Street<br>Suite 230<br>Nashville, Tennessee 37215-2862<br><br>Phone:  (615) 781-5330 ext. 225<br>Fax: (615) 781-5321<br>E-mail: nash.fedcourt@dol.gov<br>         Taylor.Mary@dol.gov | STANLEY E. KEEN<br>Regional Solicitor<br><br>THERESA BALL<br>Associate Regional Solicitor<br><br>/s/  Mary Sue Taylor<br>MARY SUE TAYLOR<br>Attorney<br>U. S. Department of Labor<br>Attorneys for the Secretary |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2010, a copy of the forgoing Plaintiff's Motion to Accept Memorandum Re Injunctive Relief to Compel Future Compliance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/Mary Sue Taylor
MARY SUE TAYLOR

U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee 37219-2440
615/781-5330 ext. 225